# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Connell Lee Archey
Kantrow, Spaht, Weaver, et al
P.O. Box 2997
Baton Rouge LA 70821-2997

Keith J. Fernandez
Kantrow, Spaht, Weaver
P. O. Box 2997
Baton Rouge LA 70821-2997

**REHEARING ACTION: February 1, 2017**

**Docket Number: 16   00846-CA**

**DUSTY COLLETTE, ET AL.**
**VERSUS**
**DANIELLE W. ALLEN, ET AL.**

**Appealed from Lafayette Parish Case No. C-20153367**

**BEFORE JUDGES:**

Hon. Sylvia R. Cooks
Hon. Marc T. Amy
Hon. Billy Howard Ezell

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **National Trust Insurance Company** has this day been

**DENIED.**

cc: Staci Knox Villemarette, Counsel for the Appellant
    John Avender London  III, Counsel for the Appellee
    Chaz H. Roberts, Counsel for the Appellee
    Bradley Aldrich, Counsel for the Appellee